## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RODNEY JOHNSON                                    CIVIL ACTION

VERSUS                                            NO. 25-376-RLB

OUTBACK STEAKHOUSE OF FLORIDA, LLC

## ORDER

The court *sua sponte* notes the potential insufficiency of the plaintiff's allegation of the

citizenship of the parties as follows:

1.    __X__    A party invoking diversity jurisdiction must allege the *citizenship* of an individual. An individual's citizenship is determined by his or her domicile, rather than residence. *See SXSW, L.L.C. v. Federal Insurance Company*, No. 22-50933 (5th Cir. 2023); *Preston v. Tenet Healthsystem Memorial Medical Center, Inc.*, 485 F.3d 793, 799 (5th Cir. 2007). In addition, *see* 28 U.S.C. §1332(c)(2), for infants, the deceased and the incompetent. The *citizenship* of **Rodney Johnson** is not provided.

2.    ____    A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business[1] of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). The state of incorporation and principal place of business of _____is not provided.

3.    ____    A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity exists. The state of incorporation and principal place of business of _____ is not provided.[2]

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. *Hertz Corp. v. Friend,* 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

[2] See footnote 1.

4.    _X_    A party invoking diversity jurisdiction must properly allege the citizenship of a limited liability company ("LLC"). The citizenship of an LLC for diversity purposes is determined by the citizenship of **its members**. The citizenship of **all of the members** of an LLC must be properly alleged. In the event a member of an LLC is another LLC, the members of that LLC must be properly alleged as well. *See SXSW, L.L.C. v. Federal Insurance Company*, No. 22-50933 (5th Cir. 2023); *see also Harvey v. Grey Wolf Drilling Co.,* 542 F. 3d 1077, 1080 (5th Cir. 2008); The complete citizenship of **Outback Steakhouse of Florida, LLC** is not provided as all members are not named.

5.    ____    A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership. A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners. Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership. See *International Paper Co. v. Denkmann Assoc.*, 116 F.3d 134, 137 (5th Cir. 1997)*; Carden v. Arkoma Associates,* 494 U.S. 185 (1990). The citizenship of _____ is not provided.

6.    ____    A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London. The citizenship of Underwriters at Lloyd's, London has not been provided. *See Corfield v. Dallas Glen Hills LP,* 355 F.3d 853 (5th Cir. 2003). Most courts have held that a Lloyd's London Syndicate "is a citizen of all jurisdictions in which its individual investors, known as Names, are citizens, not only of the jurisdiction of the underwriter who acted as a managing agent[.]" *Louisiana Rest. Ass'n, Inc. v. Certain Underwriters at Lloyds, London,* 573 F. Supp. 3d 1054, 1059-60 (E.D. La. 2021).

7.    ____    A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship. A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/ defendant. Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners. *See Linder Enterprises v. Martinringle, No. 07-1733,* 2007 WL 3095382 (N.D. Tex., Oct. 22, 2007). The citizenship of _____ is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, within 14 days of the date of this

Order, the plaintiff/removing defendant shall file an amended complaint/notice of removal

providing the citizenship of plaintiff **Rodney Johnson** and defendant **Outback Steakhouse of**

**Florida, LLC**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on May 23, 2025.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**