IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC<br><br>Defendant. | Case No.: 3:25-cv-376 (RLB)<br><br><br>Mag. Judge: Richard L. Bourgeois |

**<u>OUTBACK'S DIVERSITY JURISDICTION DISCLOSURE STATEMENT</u>**

NOW COMES Defendant OS Restaurant Services, LLC (wrongly identified as Outback Steakhouse of Florida, LLC) ("Defendant" or "Outback"), by and through its undersigned counsel of record, certifying that it is a limited partnership with the following individuals and corporations establishing the domicile for Outback:

- OS Restaurant Services, LLC is a Florida limited liability company, whose sole member is Outback Steakhouse of Florida, LLC.

- Outback Steakhouse of Florida, LLC is a Florida limited liability company, whose sole member is OSI Restaurant Partners, LLC.

- OSI Restaurant Partners, LLC is a Delaware limited liability company, whose sole member is OSI Holdco, Inc.

- OSI Holdco, Inc. is a corporation incorporated in the state of Delaware and has its principal place of business in the state of Florida.

Respectfully submitted:

/s/ *Andrew J. Halverson*

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com

and

Makala L. Graves, La. Bar. No. 40608
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504-648-2612
Facsimile: 504-648-3859
Email: Makala.graves@ogletree.com

*Attorneys for Defendant OS Restaurant Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | E-Mail | ( X ) | CM/ECF System |

Lafayette, Louisiana, this 2nd day of September, 2025.

/s/ *Andrew J. Halverson*

Andrew J. Halverson