# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC<br><br>Defendant. | Case No.: 3:25-cv-376 (RLB)<br><br>Mag. Judge: Richard L. Bourgeois |

## LR. 7.1 CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 7.1, OS Restaurant Services, LLC (wrongly identified as Outback Steakhouse of Florida, LLC) provides the following information: A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: Outback Steakhouse of Florida, LLC, OSI Restaurant Partners, LLC, and OSI Holdco, Inc.

Respectfully submitted:

/s/ *Andrew J. Halverson*

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com


and

Makala L. Graves, La. Bar. No. 40608
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504-648-2612
Facsimile: 504-648-3859

2

Email: Makala.graves@ogletree.com

*Attorneys for Defendant OS Restaurant Services, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

| | | | | | |
|---|---|---|---|---|---|
| ( | ) | Hand Delivery | ( | ) | Prepaid U.S. Mail |
| ( | ) | Facsimile | ( | ) | Federal Express |
| ( | ) | E-Mail | ( X ) | | CM/ECF System |

Lafayette, Louisiana, this 3rd ay of September, 2025.

_/s/ Andrew J. Halverson_

Andrew J. Halverson