

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA
# OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

**Telephone: 225-389-3500**  
**Facsimile: 225-389-3501**

September 5, 2025

## NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM

**RE:** Case No.: 25-cv-00376-RLB Johnson v. Outback Steakhouse of Florida, LLC

You are hereby put on notice that the above-referenced case has been assigned to a United States magistrate judge for all purposes, including trial, final entry of judgment and direct review by the Fifth Circuit Court of Appeals. *See* General Order 2024-02, 28 U.S.C. § 636(c), and Rule 73 of the Federal Rules of a Civil Procedure.

Consent to a magistrate judge is voluntary. A party may withdraw consent without adverse substantive consequences by signing where indicated below and transmitting the form: 1) by email to: consent@lamd.uscourts.gov, 2) by fax to 225-389-3501, or 3) by mail to Clerk of Court, 777 Florida Street, Suite 139, Baton Rouge, LA 70801.

**To withdraw consent, the Clerk of Court must receive the completed form no later than 14 days from the date of this notice. DO NOT ELECTRONICALLY FILE THIS FORM.**

If a party does not sign and return the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form such that it is received by the Clerk of Court by the designated date, that party is deemed to have knowingly and voluntarily consented to proceed before the magistrate judge.

By signing below, I hereby **decline consent** and request that the case be reassigned to a district judge.

_____       _____
Attorney/Party's Signature                Party/Parties Represented


_____       _____
Attorney/Party's Printed Name             Date Signed