UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODNEY JOHNSON                                              CIVIL ACTION

VERSUS                                                              NO. 25-376-BAJ-RLB

OUTBACK STEAKHOUSE OF FLORIDA, LLC

### AMENDED ORDER

The scheduling conference presently set for **October 9, 2025** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions as modified by the Court and are final deadlines**. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **October 31, 2025.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **October 2, 2025.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **March 31, 2026.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

    **Plaintiff(s):**        February 2, 2026.

    **Defendant(s):**     March 2, 2026.

    d. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):**        February 27, 2026.

    **Defendant(s):**  **March 31, 2026.**

  e. Discovery from experts must be completed by **May 29, 2026.**

3. Deadline to file dispositive motions and Daubert motions: **June 30, 2026.**

4. Deadline to file pre-trial order: **October 23, 2026.**[2]

5. Deadline to file motions in limine: **November 30, 2026.**

6. Deadline to file an affidavit of settlement efforts: **December 21, 2026.**

7. Pre-trial conference date: **November 12, 2026 at 3:00 p.m.** in chambers before the Honorable Brian A. Jackson.

8. Deadline to submit joint jury instructions, voir dire and verdict forms to the presiding judge: **December 28, 2026.**

  **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (**https://www.lamd.uscourts.gov**) under "Judges' Info."**

9. A **5-day jury trial** is scheduled for **8:30 a.m. beginning on January 25, 2027 in Courtroom 2.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (https://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on October 21, 2025.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**