IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC<br><br>Defendant. | Case No.: 3:25-cv-376 (RLB)<br><br>Mag. Judge: Richard L. Bourgeois |

**DEFENDANT'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

NOW INTO COURT, comes Defendant OS Restaurant Services, LLC (wrongly identified as Outback Steakhouse of Florida, LLC) (hereinafter "Outback") who moves, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for dismissal of claims by Plaintiff Rodney Johnson because Plaintiff has failed to plead facts in his Amended Complaint and Demand for Jury Trial sufficient to state a viable claim for relief.

WHEREFORE, for the reasons set forth more fully in its accompanying Memorandum in Support, Defendant OS Restaurant Services, LLC prays that the Court grant this Rule 12(c) Motion for Judgment on the Pleadings and dismiss Plaintiff's' claims.

Respectfully submitted:

/s/ *Andrew J. Halverson*

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com

and

>Makala L. Graves, La. Bar. No. 40608
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>701 Poydras Street, Suite 3500
>New Orleans, LA 70139
>Telephone: 504-648-2612
>Facsimile: 504-648-3859
>Email: Makala.graves@ogletree.com
>
>*Attorneys for Defendant OS Restaurant Services, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

| (   )   Hand Delivery | (   )   Prepaid U.S. Mail |
|---|---|
| (   )   Facsimile | (   )   Federal Express |
| (   )   E-Mail | ( X )   CM/ECF System |

Lafayette, Louisiana, this 4th day of March, 2026.

>*/s/ Andrew J. Halverson*
>Andrew J. Halverson

2