IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RODNEY JOHNSON

VERSUS

OUTBACK STEAKHOUSE OF
FLORIDA, LLC

CIVIL ACTION NO.: 3:25-cv-376-RLB

MAGISTRATE JUDGE
RICHARD L. BOURGEOIS

## UNOPPOSED MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINE

NOW INTO COURT, through undersigned counsel, comes Defendant, OS Restaurant Services, LLC (wrongly identified as Outback Steakhouse of Florida, LLC) (hereinafter "Outback"), who respectfully moves to continue the dispositive motion deadline from June 30, 2026, to July 10, 2026, for the following reasons:

1.

Per the Court's Scheduling Order, the current dispositive motion deadline is June 30, 2026. (Doc. No. 19).

2.

Conflicting schedules of key company representatives has impeded Defendant's ability to finalize the motion as it had hoped.

3.

Defendant respectfully requests that the Court grant an extension of the dispositive motion deadline from June 30, 2026, to July 10, 2026.

4.

Trial in this matter is currently set for January 27, 2027, with a pretrial conference set for November 12, 2026. The requested extension will not affect any other deadlines for this matter.

5.

This Motion is made in good faith and not for purposes of delay. Undersigned counsel has conferred with counsel for Plaintiff, who consents to the filing of the instant Unopposed Motion to Continue Dispositive Motion Deadline.

WHEREFORE, Defendant, S Restaurant Services, LLC, respectfully requests that this Court grant the instant Unopposed Motion to Continue Dispositive Motions Deadline and enter an order extending the deadline for dispositive motion from June 30, 2026, to July 10, 2026.

Respectfully submitted:

/s/ *Andrew J. Halverson*

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com


and

Makala L. Graves, La. Bar. No. 40608
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504-648-2612
Facsimile: 504-648-3859
Email: Makala.graves@ogletree.com

*Attorneys for Defendant OS Restaurant Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

(    )      Hand Delivery            (    )      Prepaid U.S. Mail

(    )      Facsimile                (    )      Federal Express

(    )      E-Mail                  ( X )      CM/ECF System

Lafayette, Louisiana, this 26th day of June, 2026.

_/s/ Andrew J. Halverson_

Andrew J. Halverson

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RODNEY JOHNSON

VERSUS

OUTBACK STEAKHOUSE OF
FLORIDA, LLC

CIVIL ACTION NO.: 3:25-cv-376-RLB

MAGISTRATE JUDGE
RICHARD L. BOURGEOIS

## **ORDER**

Before the Court is the Unopposed Motion to Continue Dispositive Motion Deadline filed

by Defendant, OS Restaurant Services, LLC. Considering the above and foregoing:

IT IS ORDERED that the Unopposed Motion to Continue Dispositive Motion Deadline is

hereby GRANTED and that the current dispositive motion deadline set for June 30, 2026, is hereby

continued and extended to July 10, 2026.

Baton Rouge, Louisiana this _____ day of June 2026.

_____
RICHARD L. BOURGEOIS
UNITED STATES MAGISTRATE JUDGE