**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY JOHNSON** | * | **DOCKET NUMBER: 3:25-cv-376 (RLB)** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **VERSUS** | * | **RICHARD L. BOURGEOIS** |
| | * | |
| **OUTBACK STEAKHOUSE OF** | * | |
| **FLORIDA, LLC** | * | |

**************************************************************************

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, OS Restaurant Services, LLC (wrongly identified as Outback Steakhouse of Florida, LLC) (hereinafter "Outback"), who prays that summary judgment be entered in favor of Outback and against Plaintiff, under Rule 56 of the Federal Rules of Civil Procedure, dismissing each of the Plaintiff's claims, with prejudice, and at Plaintiff's cost, as there are no genuine issues of material fact and Outback is entitled to judgment as a matter of law, all of which is explained in detail in the attached supporting memorandum.

Respectfully submitted:

/s/ *Andrew J. Halverson*

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com

and

Makala L. Graves, La. Bar. No. 40608
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139

Telephone: 504-648-2612
Facsimile: 504-648-3859
Email: Makala.graves@ogletree.com

*Attorneys for Defendant OS Restaurant Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

(   )     Hand Delivery        (   )     Prepaid U.S. Mail

(   )     Facsimile        (   )     Federal Express

(   )     E-Mail        ( X )     CM/ECF System

Lafayette, Louisiana, this 10th day of July, 2026.

_/s/ Andrew J. Halverson___
Andrew J. Halverson