## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY JOHNSON** | * | **DOCKET NUMBER: 3:25-cv-376 (RLB)** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **VERSUS** | * | **RICHARD L. BOURGEOIS** |
| | * | |
| **OUTBACK STEAKHOUSE OF** | * | |
| **FLORIDA, LLC** | * | |

************************************************************************

### DECLARATION OF BRENT BARNEY

I, Brent Barney, am making this Declaration and I hereby declare as follows:

1.      I have personal knowledge of the information stated herein.

2.      I am a proprietor and part owner of an Outback restaurant located on Acadian Thruway in Baton Rouge, Louisiana.

3.      As a proprietor, I serve as the restaurant's Managing Partner, akin to a General Manager.

4.      On July 31, 2023, I hired Rodney Johnson ("Johnson") to be the Front of the House Key ("Key") for the restaurant.

5.      As a Key, Charging Party was responsible for overall restaurant management which included completing server table assignments, greeting and ensuring guest satisfaction, promoting enrollment in Dine Rewards (customer loyalty program), and assisting employees where needed, such as bringing food items to tables or assisting with host duties by seating guests during busy periods.

6.      Throughout Johnson's employment, I and other managers routinely observed Johnson failing to meet performance expectations. Specifically, he failed to actively promote Outback's Dine Rewards and did not demonstrate that he was a team player willing to assist employees during peak times. For example, Johnson was observed using his personal computer for non-work-related tasks while guests required attention. In response and on multiple occasions, I verbally counseled Johnson regarding his lack of productivity and teamwork.

7.      On May 1, 2024, I received a report that Johnson instructed guests to leave him a positive Google review and to claim that the server "sucked." Based upon that inappropriate behavior, coupled with ongoing issues with Johnson's performance, I immediately terminated Johnson's employment.

*Declaration of Brent Barney*

1

> **EXHIBIT**
> **2**

8. It is my understanding that Johnson claims that I allowed servers at the restaurant to utilize my manager's comp card and Tuck Away cards to reduce the reduce a ticket after a customer has paid and then kept those deduction, so that servers could increase their tips or offset a bad tip.

9. As a co-owner and the Managing Partner of the restaurant, I have authority to make deductions to a customer's ticket for a variety of reasons, including but not limited to support customer satisfaction and to correct errors on a ticket.

10. I deny engaging in the scheme that Johnson describes and deny that there was any improper use of my comp card or Tuck Away Cards.

11. At no point during Johnson's did Johnson raise concerns to me about theft at the restaurant. At the time of I decided to terminate Johnson's employment and communicated the same, I was unaware of any attempts by Johnson to report allegations of theft to Outback's corporate office or desire to do so.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2026.

BRENT BARNEY

*Declaration of Brent Barney*

2