Case: US-2024-9909 - Employee
United States
Our People: Business Conduct : Wrongful Termination : Retaliation

# Case Snapshot

**Opened:**
05/02/2024
**Days Open:**
103
**Last modified:**
08/14/2024 12:40 PM
**Date Closed:**
08/14/2024 12:40 PM
**Intake Method:**
Employee
**Status:**
Closed
**Alert:**
None

# General Case Info

## General Case Info

**Case number:**
US-2024-9909
**Received/Reported date:**
05/02/2024
**Alleged incident date:**
05/01/2024
**Language:**
English
**Assigned tier:**
United States
**Creator:** Skukalek, Rebecca **RebeccaSkukalek@BloominBrands.com**

## Issue

**Primary issue:**
Our People: Business Conduct : Wrongful Termination : Retaliation
**Secondary issue 1:**
Our People: Business Conduct : Theft/Fraud : Assets and/or Inventory
**Secondary issue 2:**
Our People: Behavior and Actions : Harassment : Other Unprofessional Behavior
**Summary**
No summary text to display

# Case Details

## Reported tier information

**Case type:**
Allegation

EXHIBIT

**3**

**Intake method:**
Employee

# Reporter Information

**Reporter anonymous:**
No
**Reporter first name:**
Rodney
**Reporter last name:**
Johnson
**Phone number:**
225-250-2408

# Case Information

**Classification:**
ER
**Accused Party:**
Management
**What is your relationship to the organization?**
Former Employee
**Please identify anyone who is aware of or involved in this behavior:**
Brent Barney
Unnamed Server
**Is management aware of this problem?**
Do Not Know / Do Not Wish To Disclose
**Where did this incident occur?**
In the restaurant
**How long do you think this has been going on?**
Don't know
**How did you become aware of this?**
It happened to me
**Case Details:**
Please see the attached voicemail.

Yes, my name is Rodney Johnson. My phone number is 225-250-2408. I had filed a complaint on April 1st about harassment and theft on my job. And now, I just got fired yesterday for denying a server my key card to comp food off. When I talked to my General Manager I told him I wanted to talk to our JVP, Dale, to report the harassment and the theft that has been going on in the restaurant and they fired me because I told him I wanted to talk to the JVP.

# Location

**Branch Number:**
11901
**Location name:**
1901 OBS Baton Rouge (S Acadian) LA
**Location/Address:**
2415 S Acadian Trwy
**City:**
Baton Rouge
**State/Province:**
LOUISIANA
**ZIP/Postal code:**
70808-2306
**Country/Territory:**
UNITED STATES OF AMERICA
**Concept Name:**
OUTBACK STEAKHOUSE

**Unit Description:**
1901 OBS Baton Rouge (S Acadian) LA
**Unit ID:**
11901
**Unit Ownership:**
COMPANY
**Record Type:**
REST
**Unit Status:**
OPEN
**Concept:**
O
**State Code:**
LA
**Unit Email:**
OBS1901@Outback.com
**Unit Phone:**
225-927-9488
**MP Employee ID:**
BR14437
**MP:**
Brent Barney
**MP Email:**
BrentBarney@Outback.com
**JVP Employee ID:**
DA08479
**JVP Code:**
10009
**JVP Profit Center:**
O200009
**JVP:**
Dale Rockett
**JVP Email:**
DaleRockett@Outback.com
**RVP Employee ID:**
WI02011
**RVP Code:**
19942
**RVP Profit Center:**
O109942
**RVP:**
William Alfred
**RVP Email:**
WilliamAlfred@Outback.com
**Pre Open Flag:**
Y
**MP at Time of Incident:**
Brent Barney
**JVP at Time of Incident:**
Dale Rockett
**RVP at Time of Incident:**
William Alfred

## Assignments & Access

**Case assignee(s):**

Hlavac, Rebecca (Primary)
**Restricted access:**
None
**Case access list:**
Azcarraga, Robin; Clausen, Betsy; Davis, Jarrett; Fitzpatrick, Julie; Freeman, Jimmy; Guerra, Richard; Hicks, Allison; Hlavac, Rebecca; Holowiak, Zach; Husser, Heidi; Jones, Erica; Lefferts, Kelly; Matson, Janice; Navex , Natalie; Valentine, Danielle; Wallrapp-McMullan, Allison
**Case Due Date:**
05/16/2024

# Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|------|-----------|--------------|------|---------|-------|
| JOHNSON, RODNEY | Key | Former Employee | Reporter | None | |
| BARNEY, BRENT | Managing Partner | Employee | Individual Under Review | None | |

# Agencies

None

# Attachments

## Uploaded Files

| File | Category | Date | Description | Attachment Summary |
|------|----------|------|-------------|--------------------|
| 1901 text .msg | | 08/13/2024 01:49:00 PM | Text from Brent to Dale regarding termination of Rodney Text from Brent to Dale regarding termination of Rodney | |
| Audio Recording S1-049915 001 compand.wav | Audio | 05/02/2024 01:39:00 PM | ER Inbox Voicemail from Rodney Johnson 05-02-2024 ER Inbox Voicemail from Rodney Johnson 05-02-2024 | |
| INC4675790 - Voice Message from 1006 Reception Desk 2 .eml | Email | 05/02/2024 01:39:00 PM | | |

# Synopsis

## Outcome of case

**Primary outcome:**
Unsubstantiated

**Action taken:**
No Action Taken

## Additional details

**Synopsis notes:**
Allegation: Wrongful termination - retaliation

Findings: Dale or ER didn't receive any complaints from Rodney in April, as referenced. Dale had spoken with Rodney and the different issues that were brought up were areas that MP Brent is holding people more accountable.

Outcome: Unsubstantiated retaliation complaint.

## Tasks

No Tasks

## Case Notes

**05/03/2024 10:34:12 AM - Hlavac, Rebecca**
Reached out to Dale Rockett to get more information. Nothing in HS surrounding this.

**05/03/2024 12:42:00 PM - Hlavac, Rebecca**
Spoke to Dale.

Dale sat down with him this past month for an hour. Rodney said that the expectation is too much for him. Scheduled as a key for lunch shifts to walk around and talk to tables and run food. Rodney had said that everywhere he has gone he has been underappreciated but loves Outback.

MP asked Dale to do the sit down with him. Felt that Rodney was trying to separate the team. Rodney denied that when he spoke with him. He agreed that it's Brent's restaurant. Mentioned that Brent is always on him. Example: If I stop in the kitchen for something, he redirects him to the dining room. Dale said: You know that's Brent's job to redirect people. Rodney said he does see him do it with others.

Dale got a message from Brent letting him know that Rodney was let go. Lack of productivity, telling tables to leave a good review, telling tables the server sucked, constant threats to call corporate if he doesn't get his way, doesn't have Outback spirit or Outback attitude. When Rodney left, he said that he was going to file a harassment complaint.

**08/13/2024 1:45:53 PM - Hlavac, Rebecca**
5/28/24
Follow-up with Dale regarding Rodney Johnson.
Dale's recollection:
- Nothing is ever his (Rodney's) fault
- Chronic victim mentality
- No one else does their job
- Wanted to be promoted but always pushes back on how things are being done by the company.

**08/14/2024 10:53:42 AM - Hlavac, Rebecca**
8/13/24
Followed up with Dale again, as I didn't see anything in HS and wanted to see if further documentation in his folder, or anything like that.

From Brent (MP):
There were conversations with me (Brent) and Joceline about performance and dine rewards in particular. There were never writeups.

Asked Dale to have Brent write a statement regarding the conversations.

## Related Cases

## Cases Marked as Related to This Case

| Case # | Tier | Assignee(s) |
|---|---|---|
| US-2024-9937 | United States | Hlavac, Rebecca |