Case: US-2024-9937 - Hotline Phone
United States
Our People: Behavior and Actions : Retaliation : Management Complaint

# Case Snapshot

**Opened:**
05/06/2024
**Days Open:**
100
**Last modified:**
08/14/2024 12:40 PM
**Date Closed:**
08/14/2024 12:40 PM
**Intake Method:**
Hotline Phone
**Status:**
Closed
**Alert:**
None

# General Case Info

## General Case Info

**Case number:**
US-2024-9937
**Received/Reported date:**
05/06/2024
**Language:**
English
**Assigned tier:**
United States

## Issue

**Primary issue:**
Our People: Behavior and Actions : Retaliation : Management Complaint
**Secondary issue 1:**
Our People: Business Conduct : Wrongful Termination : Retaliation
**Summary**
No summary text to display

# Case Details

## Reported tier information

**Case type:**
Allegation
**Intake method:**
Hotline Phone

## Reporter Information

**Reporter anonymous:**
No

**EXHIBIT**

**4**

**Reporter first name:**
Rodney
**Reporter last name:**
Johnson
**Phone number:**
225-250-2408
**Email address:**
rodneyjohnson7731@gmail.com
**Contact availability:**
Anytime

## Case Information

**Classification:**
ER
**Accused Party:**
Management
**What is your relationship to the organization?**
Employee
**Please identify anyone who is aware of or involved in this behavior:**
Brent Barney - general manager
Jocelin (last name unknown) - partner house manager
**Is management aware of this problem?**
No
**Where did this incident occur?**
In the restaurant
**When was the last time this occurred:**
May 1, 2024
**How long do you think this has been going on?**
3 months to a year
**How did you become aware of this?**
It happened to me
**Case Details:**
Since September 2023, Rodney was experiencing harassment and a hostile work environment from Brent and Jocelin. Brent and Jocelin were progressively retaliating against Rodney from speaking up in regard to the way that he was treated and with the disagreements he could have with the way that the processes were meant to be carried out by Jocelin.

On April 1, Rodney filed a report in which he brought this up, so he also expects to give continuity to his case through this new report, as he was not provided with the report access information.

After this was reported, Jocelin retaliated against Rodney by cutting his hours from around 36 to 40 down to 20 hours or so.

On May 1, Rodeny called Brent over the phone, and during this conversation, when he was bringing up this harassment situation, Brent made him aware that he was terminated. No specific reason or further information was given about the the termination, which leads to a possible action of retaliation from Brent and Jocelin regarding the treatment they have given Rodney since then.

## Location

**Organization/Building name:**
Bloomin' Brands
**Branch Number:**
11901
**Location name:**
1901 OBS Baton Rouge (S Acadian) LA
**Location/Address:**
1901 OBS Baton Rouge (S Acadian) LA - 11901
2415 S Acadian Trwy

**City:**
Baton Rouge
**State/Province:**
LOUISIANA
**ZIP/Postal code:**
70808-2306
**Country/Territory:**
UNITED STATES OF AMERICA
**Concept Name:**
OUTBACK STEAKHOUSE
**Unit Description:**
1901 OBS Baton Rouge (S Acadian) LA
**Unit ID:**
11901
**Unit Ownership:**
COMPANY
**Record Type:**
REST
**Unit Status:**
OPEN
**Concept:**
O
**State Code:**
LA
**Unit Email:**
OBS1901@Outback.com
**Unit Phone:**
225-927-9488
**MP Employee ID:**
BR14437
**MP:**
Brent Barney
**MP Email:**
BrentBarney@Outback.com
**JVP Employee ID:**
DA08479
**JVP Code:**
10009
**JVP Profit Center:**
O200009
**JVP:**
Dale Rockett
**JVP Email:**
DaleRockett@Outback.com
**RVP Employee ID:**
WI02011
**RVP Code:**
19942
**RVP Profit Center:**
O109942
**RVP:**
William Alfred
**RVP Email:**
WilliamAlfred@Outback.com
**Pre Open Flag:**
Y

**MP at Time of Incident:**
Brent Barney
**JVP at Time of Incident:**
Dale Rockett
**RVP at Time of Incident:**
William Alfred

# Follow-ups

## Reporter Additional Information

There are no additional notes for this incident.

## Questions/Comments and Reporter Responses

S
**05/06/2024 - System**

**Comment:**

Thank you for using the Bloomin' Brands Ethics and Compliance Hotline. We have received your report. Please follow up on a regular basis, in case we have additional questions as we review this matter.

# Assignments & Access

**Case assignee(s):**
Hlavac, Rebecca (Primary)
**Restricted access:**
None
**Case access list:**
Azcarraga, Robin; Clausen, Betsy; Davis, Jarrett; Fitzpatrick, Julie; Freeman, Jimmy; Guerra, Richard; Hicks, Allison; Hlavac, Rebecca; Holowiak, Zach; Husser, Heidi; Jones, Erica; Lefferts, Kelly; Matson, Janice; Navex , Natalie; Valentine, Danielle; Wallrapp-McMullan, Allison
**Case Due Date:**
05/20/2024

# Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| JOHNSON, RODNEY | Key | Former Employee | Reporter | None | |
| BARNEY, BRENT | Managing Partner | Employee | Individual Under Review | None | |
| SILVA, JOCELINE | Manager | Employee | Individual Under Review | None | |

# Agencies

None

## Attachments

### Uploaded Files

| File | Category | Date | Description | Attachment Summary |
|------|----------|------|-------------|--------------------|
| Audio Recording S1-051387 001 compand.wav | Audio | 05/08/2024 03:09:00 PM | ER Inbox Voicemail from Rodney Johnson 05-08-2024 ER Inbox Voicemail from Rodney Johnson 05-08-2024 | |
| INC4685839 - Voice Message from 1006 Reception Desk 2 .eml | Email | 05/08/2024 03:08:00 PM | | |

# Synopsis

## Outcome of case

**Primary outcome:**
Unsubstantiated
**Action taken:**
No Action Taken

## Additional details

**Synopsis notes:**
Allegation: Retaliation for mgmt complaint

Findings: Dale or ER didn't receive any complaints from Rodney in April, as referenced. Dale had spoken with Rodney and the different issues that were brought up were areas that MP Brent is holding people more accountable.

Outcome: Unsubstantiated retaliation complaint.

# Tasks

No Tasks

# Case Notes

**05/07/2024 11:20:43 AM - Hlavac, Rebecca**
5/3/24

Spoke to Dale Rockett. (JVP)

Dale sat down with him this past month for an hour. Rodney said that the expectation is too much for him. Scheduled as a key for lunch shifts to walk around and talk to tables and run food. Rodney had said that everywhere he has gone he has been underappreciated but loves Outback.

MP asked Dale to do the sit down with him. Felt that Rodney was trying to separate the team. Rodney denied that when he spoke with him. He agreed that it's Brent's restaurant. Mentioned that Brent is always on him. Example: If I stop in the kitchen for something, he redirects him to the dining room. Dale said: You know that's Brent's job to redirect people. Rodney said he does see him do it with others.

Dale got a message from Brent letting him know that Rodney was let go. Lack of productivity, telling tables to leave a good review, telling tables the server sucked, constant threats to call corporate if he doesn't get his way, doesn't have Outback spirit or Outback attitude. When Rodney left, he said that he was going to file a harassment complaint.

**06/28/2024 8:54:30 AM - Hlavac, Rebecca**
We did not receive a complaint from him on April 1st, nor did JVP Dale Rockett.

**08/13/2024 1:51:48 PM - Hlavac, Rebecca**
See notes in 9909, including text to JVP regarding termination of Rodney.

# Related Cases

## Cases Marked as Related to This Case

| Case # | Tier | Assignee(s) |
|---|---|---|
| US-2024-9909 | United States | Hlavac, Rebecca |