

**EXHIBIT 5**



Outback Steakhouse - 1901 Baton Rouge, LA

## Employee Hours

Generated On : Monday, December 2, 2024 10:55:14 AM CST

**Wednesday, December 1, 2021 - Sunday, December 8, 2024**

| Employee | Job | Date | In Time | Out Time | Reg Hours | Reg USD | Ovt Hours | Ovt USD | Special Pay | Total Hrs | Total USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RODNEY JOHNSON | KEY | 7/31/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 8/1/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 8/2/23 | 3:00 PM | 10:00 PM | 7.00 | $133.00 | - | - | - | 7.00 | $133.00 |
| | KEY | 8/3/23 | 2:00 PM | 11:00 PM | 9.00 | $171.00 | - | - | - | 9.00 | $171.00 |
| | KEY | 8/4/23 | 3:00 PM | 11:00 PM | 8.00 | $152.00 | - | - | - | 8.00 | $152.00 |
| | Job 58 | 8/7/23 | 4:00 PM | 10:00 PM | 6.00 | $108.00 | - | - | - | 6.00 | $108.00 |
| | KEY | 8/8/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | Job 58 | 8/9/23 | 4:00 PM | 10:00 PM | 6.00 | $108.00 | - | - | - | 6.00 | $108.00 |
| | KEY | 8/11/23 | 4:00 PM | 11:00 PM | 7.00 | $133.00 | - | - | - | 7.00 | $133.00 |
| | KEY | 8/12/23 | 5:15 PM | 8/13/23 12:00 AM | 6.75 | $128.25 | - | - | - | 6.75 | $128.25 |
| | KEY | 8/15/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 8/16/23 | 4:00 PM | 10:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| | KEY | 8/17/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 8/18/23 | 4:00 PM | 10:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| | KEY | 8/21/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 8/21/23 | 5:00 PM | 10:00 PM | 5.00 | $95.00 | - | - | - | 5.00 | $95.00 |
| | KEY | 8/22/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 8/23/23 | 4:00 PM | 9:00 PM | 5.00 | $95.00 | - | - | - | 5.00 | $95.00 |
| | KEY | 8/24/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 8/25/23 | 4:00 PM | 9:00 PM | 5.00 | $95.00 | - | - | - | 5.00 | $95.00 |
| | KEY | 8/28/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 8/29/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 8/29/23 | 4:00 PM | 11:00 PM | 7.00 | $133.00 | - | - | - | 7.00 | $133.00 |
| | KEY | 8/30/23 | 9:00 AM | 2:00 PM | 5.00 | $95.00 | - | - | - | 5.00 | $95.00 |
| | KEY | 8/31/23 | 4:00 PM | 11:00 PM | 7.00 | $133.00 | - | - | - | 7.00 | $133.00 |
| | KEY | 9/4/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/4/23 | 5:00 PM | 11:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| | KEY | 9/5/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 9/6/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/7/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 9/8/23 | 4:00 PM | 9:30 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 9/11/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/12/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 9/13/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/14/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 9/16/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| | KEY | 9/16/23 | 4:30 PM | 9:00 PM | 4.50 | $85.50 | - | - | - | 4.50 | $85.50 |
| | KEY | 9/18/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/19/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/20/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/21/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/22/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/25/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/26/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/27/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| | KEY | 9/28/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KEY | 9/29/23 | 10:30 AM | 5:00 PM | 6.50 | $123.50 | - | - | - | 6.50 | $123.50 |
| KEY | 11/13/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/14/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/15/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/16/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/17/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/20/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/21/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/22/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/24/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/27/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/28/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/29/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 11/30/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/1/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/4/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/5/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/6/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/7/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/8/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/18/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/19/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/20/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/21/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/22/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/26/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/27/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/28/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/29/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 12/30/23 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/1/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/2/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/3/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/4/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/5/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/8/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/9/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/10/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/11/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/12/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/15/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/16/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/17/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/18/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KEY | 1/19/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/22/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/23/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/24/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/25/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/26/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/29/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/30/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 1/31/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/1/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/2/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/5/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/6/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/7/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/8/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/9/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/12/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/13/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/14/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/14/24 | 4:00 PM | 10:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 2/15/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/16/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/19/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/20/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/21/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/22/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/23/24 | 10:30 AM | 4:00 PM | 5.50 | $104.50 | - | - | - | 5.50 | $104.50 |
| KEY | 2/26/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 2/27/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 2/28/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 2/29/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/1/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/4/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/5/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/6/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/7/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/8/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/11/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/12/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/13/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/14/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/15/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/18/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/19/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/20/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KEY | 3/21/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/22/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/25/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/26/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/27/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/28/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 3/29/24 | 10:00 AM | 4:00 PM | 6.00 | $114.00 | - | - | - | 6.00 | $114.00 |
| KEY | 4/1/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/2/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/3/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/4/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/5/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/8/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/9/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/10/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/11/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/12/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/15/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/16/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/17/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/18/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/19/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/22/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/23/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/24/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/25/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/26/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/29/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 4/30/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| KEY | 5/1/24 | 10:00 AM | 4:00 PM | 6.00 | $120.00 | - | - | - | 6.00 | $120.00 |
| | | | | 961.75 | $18,399.25 | 0.00 | $0.00 | $0.00 | 961.75 | $18,399.25 |

Totals

| Job | Reg Hours | Reg USD | Ovt Hours | Ovt USD | Special Pay | Total Hrs | Total USD |
|---|---|---|---|---|---|---|---|
| Job 58 | 12.00 | $216.00 | - | - | - | 12.00 | $216.00 |
| KEY | 949.75 | $18,183.25 | - | - | - | 949.75 | $18,183.25 |

Support and schedules: (512) 219-1492. For technical support and emergencies (866) 753-3853