**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

RODNEY JOHNSON,

                Plaintiff,

vs.

OUTBACK STEAKHOUSE, INC.,

                Plaintiff.

Case No.: 3:25-cv-376 (RLB)

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Rodney Johnson, who respectfully moves to continue the dispositive motion deadline from July 31, 2026, to August 7, 2026, for the following reasons:

1. Per the Court's Scheduling Order, the current dispositive motion deadline is July 31, 2026. (Doc. No. 19).

2. Conflicting schedules of Plaintiff's counsel has impeded the ability to finalize the motion as hoped; specifically, counsel has been engaged as follows: (i) appearance in New York City Civil Court, Queens County on Monday, July 27, 2026; (ii) opposition to motion for summary judgment in Tiernan v. National Carriers, Inc., Case No.: 3:25-cv-1249-L-BT (N.D. Tx.) on Monday, July 27, 2026; (iii) appearance in New York City Civil Court, Queens County on Tuesday, July 28, 2026; (iv) appearance in Supreme Court of the State of New York, Kings County, on Wednesday, July 29, 2026; (v) appearance in Supreme Court of the State of New York, Nassau County, on Thursday, July 30, 2027; (vi) deposition in the matter of Miles v. Lewis Tree Service, Inc., Case No.: 4:25-cv-244 (WMR) (JHR) (N.D. Ga.) on Thursday, July 30, 2026; (vii)

1

deposition in the matter of <u>Dunlap v. Wexford Health Sources, Inc.</u>, Case No.: 4:25-cv-4163 (C.D. Ill.) on Friday, July 31, 2026; and (viii) opposition to motion for summary judgment in <u>Loganathan v. Ferguson Enterprises LLC</u>, Case No.: 4:25-cv-120 (JKW) (RJK) (E.D. Va.).

3. In light of the foregoing substantial engagements which took his counsel out of the office, Plaintiff respectfully requests that the Court grant an extension of the time in which Plaintiff may oppose the dispositive motion from July 31, 2026, to August 7, 2026.

4. Trial in this matter is currently set for January 27, 2027, with a pretrial conference set for November 12, 2026. The requested extension will not affect any other deadlines for this matter.

This Motion is made in good faith and not for purposes of delay. Undersigned counsel has conferred with counsel for Defendant, who does not oppose the instant Unopposed Motion to Continue Dispositive Motion Deadline.

WHEREFORE, Plaintiff, Rodney Johnson, respectfully requests that this Court grant the instant Unopposed Motion to Continue Dispositive Motions Deadline and enter an order extending the deadline for dispositive motion from July 31, 2026, to August 7, 2026.

This extension is sought for good cause.

Respectfully submitted,

Dated: July 29, 2026,

/s/ David S. Moyer
David S. Moyer
**LAW OFFICES OF DAVID S. MOYER**
13551 River Road
Luling, LA 70070
T: (985) 308-1509
F: (985) 308-1521
E: davidmoyerlaw@gmail.com

2

Emanuel Kataev, Esq.
*Admitted pro hac vice*
**CONSUMER ATTORNEYS PLLC**
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Rodney Johnson*

3