UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODNEY JOHNSON                                        CIVIL ACTION

VERSUS

OUTBACK STEAKHOUSE, INC.                        NO. 25-00376-BAJ-RLB

ORDER

Considering **Plaintiff's Unopposed Motion to Continue Dispositive Motion Deadline (Doc. 26),** in which Plaintiff requests a one-week extension of the deadline to respond to Defendant's Motion for Summary Judgment (Doc. 25), and which Defendant does not oppose,

**IT IS ORDERED** that the Motion (Doc. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his opposition to Defendant's Motion for Summary Judgment (Doc. 25) on or before August 7, 2026.

Baton Rouge, Louisiana, this 30th day of July, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA