

**5:55**



**Robert ›**

sell it cuz n't
kno what m
gonna look like

Ok

Apr 25, 2024 at 2:32 PM

I seen the card

May 1, 2024 at 12:42 PM

They got the card today again I seen Danielle trying to pass it to Rena

They was trying to be fast with it but they saw me looking at them doing it and I just laughed at them

lol

May 2, 2024 at 2:11 PM





all day cuz

CONFIDENTIAL

P9