*Rodney Johnson vs.*

*Outback Steakhouse of Florida, LLC*

---

*Rodney Lee Johnson*

*March 27, 2026*

---

LORI HEAPHY
&ASSOCIATES LLC
CERTIFIED COURT REPORTERS
www.loriheaphy.com office@loriheaphy.com
337-233-1655

**EXHIBIT A**

Q So I'm trying to understand what's on that phone that is not lost. Here I think what we're talking about is that theft scheme you're talking in your complaint. Is any of the things you're talking about that's on the phone -- anything that's on the phone that was lost or destroyed relating to that theft scheme?
A Just the one with the recording like I say. And I had with the recording, them, a meeting that they was letting -- letting Renee and -- well, letting them comp food. They was making sure everybody -- they was pretty much doing it for everybody they said. But --
Q Tell me about the recording. Who are the voices that -- if we had the recording, who would be on it?
A Oh, Brent Barney and Joslyn.
Q And what's -- what are they talking about?
A They talking about that they comp food for everybody. They make sure everybody eats. As you can see, they make sure everybody eats. They do it for everybody. But he -- they was like people just going to complain just to complain, and he told me, "Don't worry about it. Again, don't worry about it."

Q Don't worry about what?
A About what the servers were saying about -- about them being more generous towards Renee and Danielle. You know, like, they constantly are using the card, constantly. And they -- they might get a table. They might get a table, say, for instance, with eight people. And if the tip ain't good, like, if they don't tip all good, they'll go into the what-you-call-it, and they will comp Fifteen Dollars ($15.00), Twenty Dollars ($20.00) worth of stuff off the people ticket, you know, off the --
Q So who was doing that?
A Danielle and Renee. I don't know -- I don't know their last name.
Q Danielle and Renee?
A Renee, servers.
Q I'm sorry. You said Renee?
A Renee.
Q Okay. So, again, I'm sure we'll get back on this subject. I'm just trying to make notes. I'm trying to understand this recording. The recording, is it -- are you in the the conversation, too, are you --

about Danielle and Renee?
A It was majority all the servers, like, that what first got my attention about it. And they were just complaining about, "Oh, it's not fair that they -- they getting Four, Five Hundred Dollars a shift. And we got to stay here, and we got to bust our, you know, what-you-call-it, just to -- just to get a Hundred Something Dollars."

And I just took it upon myself, I said, "Well, hey," I say, "Brent," and I say, "Joslyn, the servers are complaining about Danielle and Renee comping food all the time."
Q And so this is on the recording?
A Yeah, it was on the recording.
Q Okay. So, yeah, keep going.
A And the first person they said was, "It probably was nobody who -- but Rob who told you that." Because they was asking me who said that. I say -- I say, "I don't want to say who told me," I said, "But it's a lot of complaints." And that what made me start looking out, you know, for -- for things.

And when they told me that -- when they told me, "Well, well, we do that for everybody. We

make sure everybody eat. You know, if they get a bad table and nobody done tip, we go in there, and we comp something off and -- and we -- we give it to them in -- in tips. You know what I'm saying, we knock something off and then, you know, give a little -- a little something."

Q Who was saying that?

A Brent. Brent --

Q Brent said that they do that?

A Yeah. Brent and Joslyn both said that they do. They said they make sure everybody eats because they know it's hard for servers to make money.

Q Okay. I'm glad you clarified. I'll tell you what I thought you said, what you meant, by everybody eats. I used to be a server as well for years in college. We used to get pre-shift meals all the time. That's what I thought you were talking about.

A Oh, no. They -- no. But that's how -- that's how -- that's how they stated it, they make sure everybody eats, like make sure everybody makes some money on their shifts.

Q Okay. So Brent is saying, and Joslyn apparently --