**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY JOHNSON** | * | **DOCKET NUMBER: 3:25-cv-376 (RLB)** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **VERSUS** | * | **RICHARD L. BOURGEOIS** |
| | * | |
| **OUTBACK STEAKHOUSE OF** | * | |
| **FLORIDA, LLC** | * | |

**************************************************************************

**DECLARATION OF ANDREW HALVERSON**

I, Andrew Halverson, am making this Declaration and I hereby declare as follows:

1. I have personal knowledge of the information stated herein.

2. I am lead counsel of record for OS Restaurant Services, LLC, the Defendant in the above-captioned lawsuit, though wrongly identified as Outback Steakhouse of Florida, LLC (hereinafter "Outback").

3. At no time during the proceedings of the above-caption lawsuit has Rodney Johnson or any of his counsel of record issued or propounded any discovery requests upon Outback, whether in the form of interrogatories, requests for production of documents, or requests for admissions.

4. At no time throughout this lawsuit has Mr. Johnson or any of his counsel of record sought to depose any employee or representative of Outback, including Brent Barney and Dale Rockett, or any third party. Along those lines, neither Mr. Johnson nor his counsel issued any notices of deposition or otherwise inquired as to the availability of myself, representatives of Outback, Mr. Barney, or Mr. Rockett for a deposition.

5. Mr. Johnson and his counsel of record have not requested a conference or sought to discuss any discovery matters or filed a motion to compel in this case regarding information that is in Outback's exclusive possession, custody, or control, including information or documents concerning point-of-sales or the use of manager's comp cards or Tuck Away cards.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2026.

ANDREW HALVERSON

**EXHIBIT**
**D**