**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY JOHNSON** | * | **DOCKET NUMBER: 3:25-cv-376 (RLB)** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **VERSUS** | * | **RICHARD L. BOURGEOIS** |
| | * | |
| **OUTBACK STEAKHOUSE OF** | * | |
| **FLORIDA, LLC** | * | |

******************************************************************************

**<u>REPLY STATEMENT OF MATERIAL FACTS</u>**

NOW INTO COURT, through undersigned counsel, come Defendant, OS Restaurant Services, LLC (wrongfully identified as Outback Steakhouse of Florida, LLC) (hereinafter "Outback'), who presents the following reply to the Additional Material Facts submitted by Plaintiff Rodney Johnson ("Johnson") at R. Doc. 28:

1. Admitted.
2. Qualified. Johnson did not submit the deposition testimony upon which the alleged facts are based.
3. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.
4. Admitted.
5. Denied. *See* R. Doc. 25-3 (Declaration of Brent Barney).
6. Admitted.
7. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.
8. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

9. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

10. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

11. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

12. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

13. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

14. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

15. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

16. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

17. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

18. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

19. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

20. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

21. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

22. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

23. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

24. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

25. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

26. Denied. *See* R. Do. 25-3 (Declaration of Brent Barney).

27. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case).

28. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case).

29. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case).

30. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case).

31. Admitted.

32. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

33. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

34. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

35. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

36. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

37. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

38. Denied. *See* R. Doc. 25-3 (Declaration of Brent Barney).

39. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

40. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

41. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

42. Denied. *See* R. Docs. 25-4 and 25-5 (Employee Relations Case) and *see* R. Doc. 25-3 (Declaration of Brent Barney).

43. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

44. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

45. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

46. Qualified. Johnson did not submit the deposition testimony or any other evidence upon which the alleged facts are based.

Respectfully submitted:

/s/ *Andrew J. Halverson*

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com

and

Makala L. Graves, La. Bar. No. 40608

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504-648-2612
Facsimile: 504-648-3859
Email: Makala.graves@ogletree.com

*Attorneys for Defendant OS Restaurant Services, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | E-Mail | ( X ) | CM/ECF System |

Lafayette, Louisiana, this 21st day of August, 2026.

*/s/ Andrew J. Halverson*
Andrew J. Halverson