**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY JOHNSON** | * | **DOCKET NUMBER: 3:25-cv-376** |
| | * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| **OUTBACK STEAKHOUSE OF** | * | **RICHARD L. BOURGEOIS** |
| **FLORIDA, LLC** | * | |

**************************************************************************

**DEFENDANT'S MOTION TO SUBSTITUTE**

NOW INTO COURT, through undersigned counsel, comes Defendant OS Restaurant Services, LLC (wrongly identified as Outback Steakhouse of Florida, LLC) (hereinafter "Outback"), and would show as follows:

1. On August 21, 2026, undersigned counsel on behalf of Outback filed a Reply in Support of Motion for Summary Judgment (Rec. Doc. 31).

2. The reply submitted in connection with such foregoing event was the wrong document.

3. Outback hereby moves to substitute the pleading it filed as Reply in Support of Motion for Summary Judgment (Rec. Doc. 31) with the attached correct version of Reply in Support of Motion for Summary Judgment.

4. Outback would like only the reply memorandum substituted and would like the exhibits and attachments submitted at Rec. Docs. 31-1 through 31-5 to remain filed in the record.

5. This Motion to Substitute is not filed for purposes of delay but so that justice may be done. Defendant asserts that the relief sought herein will not pose an unjust prejudice on any party to this action.

56. For the foregoing reasons, Outback respectfully requests that the Court grant this motion and allow Outback to substitute Rec. Doc. 31 with the attached Reply in Support of Motion

for Summary Judgment and that the exhibits and attachments submitted at Rec. Docs. 31-1 through 31-5 remain filed in the record undisturbed.

Respectfully submitted:

*/s/ Andrew J. Halverson*______________________

Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com

and

Makala L. Graves, La. Bar. No. 40608
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504-648-2612
Facsimile: 504-648-3859
Email: Makala.graves@ogletree.com

*Attorneys for Defendant OS Restaurant Services, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | E-Mail | ( X ) | CM/ECF System |

Lafayette, Louisiana, this 21st day of August, 2026.

*/s/ Andrew J. Halverson*
Andrew J. Halverson

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY JOHNSON** | * | **DOCKET NUMBER: 3:25-cv-376** |
| | * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| **OUTBACK STEAKHOUSE OF** | * | **RICHARD L. BOURGEOIS** |
| **FLORIDA, LLC** | * | |

**************************************************************************************

**ORDER**

Considering foregoing Defendant's Motion to Substitute,

IT IS HEREBY ORDERED that the Motion to Substitute is GRANTED. Defendant's Reply in Support of Motion for Summary Judgment attached to Defendant's Motion to Substitute is to be filed into the record and is substituted in place of Rec. Doc. 31 of the record of these proceedings.

IT IS FURTHER ORDERED that the exhibits and attachments submitted at Rec. Docs. 31-1 through 31-5 shall remain filed in the record undisturbed.

**IT IS SO ORDERED**, this ____date of August, 2026.

______________________________
UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA