UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODNEY JOHNSON | CIVIL ACTION

VERSUS

OUTBACK STEAKHOUSE OF FLORIDA, LLC | NO. 25-00376-BAJ-RLB

## ORDER

Considering **Defendant's Motion to Substitute (Doc. 32),**

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's corrected Reply Memorandum (Doc. 32-1) shall be substituted in place and stead of the previously filed Reply Memorandum located at Doc. 31. The previously filed exhibits located at Docs. 31-1—31-5 shall remain in the record.

Baton Rouge, Louisiana, this 24th day of August, 2026

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA