**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

RODNEY JOHNSON,

Plaintiff,

vs.

OUTBACK STEAKHOUSE, INC.,

Defendant

Civil Action No.: 3:25-cv-376 (BAJ) (RLB)

**JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Rodney Johnson and Defendant Outback Steakhouse of Florida, LLC (collectively, the "Parties"), who jointly move pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") to extend the deadline to file their Joint Proposed Pretrial Order from Friday, October 23, 2026, to Friday, November 6, 2026, for the following reasons:

1. The Court's Amended Scheduling Order (ECF Docket Entry 20) requires the Parties to submit their proposed pretrial order by Friday, October 23, 2026.

2. The Parties are working to prepare a joint proposed pretrial order and request a brief additional period to confer, coordinate their respective portions, and finalize a single submission for the Court.

3. Good cause exists for the requested fourteen (14) day extension because Plaintiff's undersigned counsel was out of the country for overseas travel from October 5, 2026 through October 13, 2026, and is currently scheduled to commence a trial on October 27, 2026 in an unrelated action in New York, such that the additional time will facilitate a complete, accurate, and coordinated joint submission.

4. In addition, Plaintiff's counsel has been is required to submit opposition papers to a motion for summary judgment in the unrelated matter of McKenzie v. Helena Laboratories Corporation, 1:25-cv-572 (MJT) (E.D. Tex).

5. The pretrial conference is presently scheduled for November 12, 2026. The requested extension would leave the pretrial conference date unchanged, and the parties do not request modification of any other deadline in the Amended Scheduling Order.

6. This joint motion is made in good faith and not for purposes of delay. Both Parties consent to the requested extension.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and extend the deadline for filing their Joint Proposed Pretrial Order from October 23, 2026, through Friday, November 6, 2026, with all other deadlines remaining unchanged.

Dated: October 22, 2026

Respectfully submitted,

*/s/ David S. Moyer*
David S. Moyer
**LAW OFFICES OF DAVID S. MOYER**
13551 River Road
Luling, LA 70070
T: (985) 308-1509
F: (985) 308-1521
E: davidmoyerlaw@gmail.com

Emanuel Kataev, Esq.
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS PLLC**
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Rodney Johnson*

*/s/ Andrew J. Halverson*
Andrew J. Halverson, La. Bar. No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Lafayette, LA 70508

Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: Andrew.Halverson@ogletree.com

Makala L. Graves, La. Bar. No. 40608
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504-648-2612
Facsimile: 504-648-3859
Email: Makala.graves@ogletree.com

*Attorneys for Defendant*
*OS Restaurant Services, LLC*