**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| RODNEY JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK STEAKHOUSE, INC.,<br><br>Defendant. | Civil Action No.: 3:25-cv-376 (BAJ) (RLB)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER |

Before the Court is the Parties' Joint Motion to Extend Deadline to File Joint Proposed Pretrial Order. Having considered the Motion and finding good cause shown pursuant to Federal Rule of Civil Procedure 16(b)(4),

IT IS ORDERED that the Joint Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for the Parties to file their Joint Proposed Pretrial Order is extended from October 23, 2026, to November 6, 2026. The pretrial conference scheduled for November 12, 2026, and all other deadlines set forth in the Amended Scheduling Order (ECF No. 20) remain unchanged.

**IT IS SO ORDERED.**

____________
Date

____________________________
HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE