**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RODNEY JOHNSON** **CIVIL ACTION**

**VERSUS**

**OUTBACK STEAKHOUSE OF FLORIDA, LLC** **NO. 25-00376-BAJ-RLB**

**ORDER**

Considering the Parties' **Joint Motion To Extend Deadline To File Joint Proposed Pretrial Order (Doc. 34)**,

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Parties shall file the Joint Pretrial Order on or before November 6, 2026.

Baton Rouge, Louisiana, this 23rd day of October, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**