**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

RODNEY JOHNSON

VERSUS

OUTBACK STEAKHOUSE OF FLORIDA, LLC

CIVIL ACTION

NO. 3:25-cv-376 (BAJ) (RLB)

**ORDER**

Before the Court is Plaintiff's Consent Motion to Continue the November 17, 2026 Pretrial Conference (ECF 39). Defendant consents to the continuance. Considering the Motion, and finding good cause under Rule 16(b)(4) of the Federal Rules of Civil Procedure,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Pretrial Conference set for November 17, 2026, at 3:00 p.m. is CONTINUED and RESET for ______________, 2026, at ______ __.m. in chambers before the undersigned. All counsel of record must participate in the Pretrial Conference.

IT IS FURTHER ORDERED that all other deadlines and settings in the Amended Scheduling Order (ECF 20), as modified by the Court's Order of October 23, 2026 (ECF 35), including the January 25, 2027 jury trial setting, remain unchanged.

Baton Rouge, Louisiana, this ____ day of November, 2026.

______________________________________
HON. BRIAN A. JACKSON, U.S.D.J.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA