**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RODNEY JOHNSON** — **CIVIL ACTION**

**VERSUS**

**OUTBACK STEAKHOUSE OF FLORIDA, LLC** — **NO. 25-00376-BAJ-RLB**

**ORDER**

Considering **Plaintiff's Consent Motion To Continue The November 17, 2026 Pretrial Conference (Doc. 39),**

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS ORDERED** that the Pretrial Conference, presently set for November 17, 2026 at 3:00 P.M., be and is hereby **CONTINUED** to a date that shall be set by the Court.

Baton Rouge, Louisiana, this 16th day of November, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**